# THE LITVAK LAW FIRM, PLLC

## IGOR B. LITVAK, ESQ.
### ATTORNEY AND COUNSELOR AT LAW
1701 AVENUE P, BROOKLYN, NY 11229 • 718-989-2908 • IGOR@LITVAKLAWNY.COM

February 2nd, 2018

**VIA ECF**
Honorable Judge Ronnie Abrams
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        RE:    Baker v. TRS Recovery Services
                  No. 1:17-cv-01749-RA

Dear Judge Abrams:

     I represent the Plaintiff in the above referenced matter and I am informing the Court that the case has settled.

     Plaintiff respectfully requests that the Court provide that the parties may seek to reopen the matter for forty-five days instead of thirty so that the Plaintiff can be assured that the funds clear my escrow account.

     Thank you for Your Honor's time and attention to this matter.

                                     Very truly yours,

                                     /s/ Igor Litvak

                                     Igor Litvak, Esq.